

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00514-CV

**IN RE** Erica **GARZA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Karen Angelini, Justice
                   Marialyn Barnard, Justice
                   Patricia O. Alvarez, Justice

Delivered and Filed:  August 14, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On August 1, 2013, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-12-338, styled *Erica Garza v. Green Tree Servicing, LLC, et al.*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Joaquin Villarreal presiding.